IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK OHLSEN, | |
| Plaintiff, | 2:06-cv-2361-GEB-GGH |
| v. | ORDER |
| COUNTY OF SAN JOAQUIN; SAN JOAQUIN SHERIFF BAXTER DUNN; SAN JOAQUIN COUNTY SHERIFF'S DEPUTY ROBERT SEMILLO; SAN JOAQUIN COUNTY SHERIFF'S SERGEANT JONES; and SAN JOAQUIN COUNTY SHERIFF'S DEPUTY NESBITT, | |
| Defendants. | |

In light of the order granting in part Plaintiff's reconsideration motion, Section VI of the Final Pretrial Order filed April 24, 2008 is amended to state:

1

1. Whether Defendants SEMILLO, JONES and/or NESBITT used excessive force in violation of Plaintiff's Fourth Amendment right against unreasonable seizure when using the dog to apprehend Plaintiff.

2. Whether the COUNTY is liable for the use of excessive force against Plaintiff under the Fourth Amendment (a) based on the failure to re-warn Plaintiff that the dog would be released after the officers entered Plaintiff's residence, and/or (b) based on an officer's use of the dog to apprehend Plaintiff.

3. What damages Plaintiff may recover on his Fourth Amendment warrantless entry and unlawful arrest claims against the COUNTY.

4. What damages Plaintiff may recover on his California Civil Code section 52.1(b) claims against the COUNTY based on the warrantless entry and unlawful arrest.

IT IS SO ORDERED.

Dated: June 3, 2008

GARLAND E. BURRELL, JR.
United States District Judge