1  **ROBERT MANN**, CSB 48293
   **DONALD W. COOK**, CSB 116666
2  ATTORNEYS AT LAW
   3435 Wilshire Blvd., Suite 2900
3  Los Angeles, CA 90010
   doncook@earthlink.net
4  (213) 252-9444 (voice) / (213) 252-0091 facsimile

5  Attorneys for Plaintiff

6

7

8                      **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

11  RODERICK OHLSEN,                          Case No. 2:06-CV-02361-GEB-
                                              GGH
12                 Plaintiff,
                                              [Proposed] **ORDER**
13  vs.                                       **CONTINUING TRIAL AND**
                                              **ASSOCIATED DATES**
14  COUNTY OF SAN JOAQUIN, *et al.*,

15                 Defendants.

16

17

18          Upon the parties' stipulation the trial date of September 23, 2008, is continued to

19  May 5, 2009, at 9:00 a.m.

20          IT IS FURTHER ORDERED that the dates that have not yet passed for completing

21  trial preparation tasks as specified in the Court's April 24, 2008 Final Pretrial Conference

22  Order, also be continued consistent with the new trial date.

23
    Dated:  August 22, 2008
24

25

26  _____
    GARLAND E. BURRELL, JR.
27  United States District Judge

28

00035548.WPD