UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK OHLSEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAXTER DUNN, San Joaquin County ) <br> Sheriff; COUNTY OF SAN JOAQUIN; ) <br> ROBERT SEMILLO, San Joaquin County ) <br> Sheriff's Deputy (#2792); NESBITT,) <br> San Joaquin Deputy; JONES, San ) <br> Joaquin County Sheriff's Sgt., ) <br> ) <br> Defendants. ) | 2:06-cv-02361-GEB-GGH <br><br> ORDER |

The trial in this action was rescheduled pursuant to the parties' request in an Order filed August 22, 2008. Since the parties' failed to say anything in that request about the in limine motion schedule existing when they continued the trial, that schedule is vacated and in limine motions filed as docket numbers 55, 56, 57, 58, 59, 60, 61 and 62 are stricken.

Dated: March 5, 2009

GARLAND E. BURRELL, JR.
United States District Judge

1