IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK OHLSEN,

        Plaintiff,

  v.

BAXTER DUNN, San Joaquin County Sheriff; COUNTY OF SAN JOAQUIN; ROBERT SEMILLO, San Joaquin County Sheriff's deputy (#2792); NESBITT, San Joaquin Deputy; JONES, San Joaquin County Sheriff's Sgt.,

        Defendants.

2:06-cv-02361-GEB-GGH

ORDER TO SHOW CAUSE

The Final Pretrial Order filed on April 24, 2008, required the parties to file jury instructions, voir dire and a verdict form fifteen (15) court days prior to the trial commencement date. To date these documents have not been filed.

Each party and counsel is ORDERED TO SHOW CAUSE ("OSC") by filing a written statement, no later than 9:00 a.m. April 27, 2009, why sanctions should not be imposed under Rule 16(f) of the Federal Rules of Civil Procedure for the failure to timely file jury instructions, voir dire and a verdict form as ordered. Sanctions could include dismissal of the action and/or an issue preclusion order. The written response shall state whether counsel

1

or the client is at fault and whether a hearing is requested on the OSC.[1]  If a hearing is requested, it will be held at 9:00 a.m. on April 28, 2009.

IT IS SO ORDERED.

Dated: April 23, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged."  Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients.  In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).